**In re GRAND JURY INVESTIGATION. Appeal of Stanford FRANK, Witness.**

**No. 19022.**

United States Court of Appeals, Third Circuit.

Argued June 19, 1970.

Victor Wright, Fox, Rothschild, O'Brien & Frankel, Philadelphia, Pa., for appellant.

David E. Abrahamsen, Department of Justice, Philadelphia, Pa., for appellee.

Before BIGGS, STALEY and ADAMS, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

In the light of Cobbledick v. United States, 309 U.S. 323, 60 S.Ct. 540, 84 L. Ed. 783 (1940), we find the order appealed from not to be a final decision under Section 1291, 28 U.S.C. Accordingly, the motion for supersedeas will be denied.

**Robert Harry ESSER, Appellant,**

**v.**

**LION MATCH CORPORATION OF AMERICA.**

**No. 18047.**

United States Court of Appeals, Third Circuit.

Submitted on Appellant's Brief May 18, 1970.

Decided June 18, 1970.

Robert Harry Esser, pro se.

Glenn Equi, Liebert, Harvey, Lavin, Herting & Short, Philadelphia, Pa., for appellee.

Before ALDISERT and ADAMS, Circuit Judges, and HIGGINBOTHAM, District Judge.

OPINION OF THE COURT

PER CURIAM.

We have considered the arguments raised by appellant and have examined the proceedings in the district court. We find no abuse of discretion.

The judgment of the district court will be affirmed.